STATE OF NEW JERSEY v. FRANK CULLARS.

June 7, 1988.

Petition for certification denied. (See 224 *N.J.Super.* 32)

STATE OF NEW JERSEY v. THOMAS IANNICELLI.

June 7, 1988.

Petition for certification denied.

IN RE APPLICABILITY OF ECRA TO THE ROBERT L.
MITCHELL TECHNICAL CENTER.

June 7, 1988.

Petition for certification denied. (See 223 *N.J.Super.* 166)

UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY
v. UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW
JERSEY, COUNCIL OF AMERICAN ASSOCIATION OF UNIV-
ERSITY PROFESSORS CHAPTERS.

June 7, 1988.

Petition for certification granted. (See 223 *N.J.Super.* 323)